**Proposed Distribution**

Case Number: 09-54697
Debtor Name: COCHRANE, SARAH ANN

FILED
2010 AUG 24 PM 1: 15
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,560.90 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $390.23 | $0.00 | $390.23 | $390.23 | $1,170.67 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $1,170.67 |
| Subtotals For Class Administrative 100.00% | | | | $390.23 | $0.00 | $390.23 | $390.23 | |
| 2 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | 300 | $4,758.32 | $0.00 | $4,758.32 | $80.38 | $1,090.29 |
| 3 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | 300 | $8,121.11 | $0.00 | $8,121.11 | $137.19 | $953.10 |
| 4 | Credit First National Association<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | 300 | $789.56 | $0.00 | $789.56 | $13.34 | $939.76 |
| 5 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | 300 | $20,914.57 | $0.00 | $20,914.57 | $353.32 | $586.44 |
| 6 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | 300 | $4,141.33 | $0.00 | $4,141.33 | $69.96 | $516.48 |
| 7 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $5,137.09 | $0.00 | $5,137.09 | $86.78 | $429.70 |
| 8 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $8,414.33 | $0.00 | $8,414.33 | $142.15 | $287.55 |
| 9 | Folatko, Andrea DDS<br>444 Graham Rd.<br>Cuyahoga Falls, OH 44221 | Unsecured | 300 | $748.80 | $0.00 | $748.80 | $12.65 | $274.90 |
| 10 | Summa Health System<br>Patient Accounting<br>PO Box 2090<br>Akron, Ohio 44398-6153 | Unsecured | 300 | $203.63 | $0.00 | $203.63 | $3.44 + | $271.46 |
| 11 | Summa Western Reserve Hospital<br>Patient Accounting<br>PO Box 2090<br>Akron, Ohio 44398-6153 | Unsecured | 300 | $15.74 | $0.00 | $15.74 | $0.27 | $271.19 |
| 12 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CARECREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $3,183.41 | $0.00 | $3,183.41 | $53.78 | $217.41 |
| 13 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | 300 | $12,869.05 | $0.00 | $12,869.05 | $217.41 | $0.00 |

*handwritten:* $3.71

*handwritten:* ck# 1013
*handwritten:* receipt # 81712

Date printed 8/19/2010 4:45 PM

**Proposed Distribution**

Case Number: 09-54697
Debtor Name: COCHRANE, SARAH ANN

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | | | | $69,296.94 | $0.00 | $69,296.94 | $1,170.67 | |
| Subtotals For Class Unsecured | 1.69% | | | | | | | |
| 1 | DCFS TRUST P.O. Box 9001897 Louisville, KY 40290 | Secured | 400 | $25,861.16 | $0.00 | $25,861.16 | $0.00 | $0.00 |
| | | | | $25,861.16 | $0.00 | $25,861.16 | $0.00 | |
| Subtotals For Class Secured | 0.00% | | | | | | | |
| | Totals | | | $95,548.33 | $0.00 | $95,548.33 | $1,560.90 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.